IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE OF H2O PRUF, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| VS. | ) NO. 2:23-CV-178 ) |
| ADVON CORPORATION AND HARTFORD, CASUALTY INSURANCE COMPANY, | ) ) ) |
| Defendants. | ) |

**AGREED ORDER OF COMPROMISE AND DISMISSAL WITH PREJUDCIE**

It appearing to the Court that all issues before the Court have now been resolved and settled among the parties and that this action should now be dismissed with prejudice, it is **ORDERED**:

1. This action is dismissed with full prejudice.
2. Costs are taxed to the Defendants herein.

**ENTER:**

/s/
_____
U.S. District Judge Curtis L. Collier

APPROVED:

/s/ Christopher P. Capps
Christopher P. Capps – BPR #010403
Attorney for Plaintiff
CAPPS & BYRD LLP
1004 W. 1st North Street
Morristown, TN 37814
(423) 586-3083
cpcapps@cccblaw.com

/s/ Brett M. Becker
Brett M. Becker
Attorney for Defendants
MAYNARD NEXSEN PC
800 Green Valley Rd, Ste. 500
Greensboro, NC 27408
bbecker@maynardnexsen.com

https://cccblaw.sharepoint.com/sites/lawfiles/Shared Documents/litigation/2023/Adams/AgreedOrder.05-25.docx